# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

**ARRAIGNMENT AND PLEA MINUTES**

v.

CASE NUMBER **20-CR-98**

**RAYNARD A. HALL**

---

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Zoom Audio |
| Deputy Clerk: Katina Hubacz | Hearing Began: 3:03 PM |
| Hearing Held: July 9, 2020 at 3:00 PM | Hearing Ended: 3:10 PM |

**Appearances:**

UNITED STATES OF AMERICA by: Abbey Marzick
RAYNARD A. HALL, via video, and by: Patrick Cafferty     ☐ CJA  ☐ FDS  ☑ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☑ None  ☐ Sworn

---

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | September 17, 2020 | District Judge: | Lynn Adelman |
| Plea Deadline: | | Bond Judge: | Nancy Joseph |
| Final Pretrial Report | | Magistrate Judge: | Nancy Joseph |
| Final Pretrial Conf.: | September 3, 2020 at 11:30 AM | Motions Due: | July 24, 2020 |
| Jury Trial Date: | September 14, 2020 at 10:00 AM | Responses Due: | August 3, 2020 |
| Trial Length Estimate: | 2-3 days | Replies Due: | August 10, 2020 |

---

☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☐ Copy of indictment received by defendant
  ☐ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant   ☐ the court
☑ Open file policy applies
  Discovery available: Date
☑ Government to disclose grand jury materials
  one day prior to trial

☐ Oral Motion for Complex Designation
  ☐ Granted   ☐ Denied
  ☐ Referred to Nancy Joseph
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge Nancy Joseph

---

Maximum Penalties:
Ct 1: 10 yrs IMP, $250,000 fine, 3 yrs SR, $100 SA
Ct 2: 20 yrs IMP, $1 mil fine, 4 yrs SR, $100 SA
Ct 3: mand min 5 years IMP, $250,000 fine, 5 yrs SR, $100 SA
Govt: discovery is assembled and going to the Deft as soon as possible
BOND:
Govt: requesting 3 day hold – waiting for bond study – received relevant information that results of which would be relevant to factors in 3142 as to whether seeking detention in this case
Defense: no additional comments at this time
PTS: Deft was interviewed – need to run criminal history and do report.

**RAYNARD A. HALL**                                                                                                          20-CR-98

**Bond Status:**
- ☐ Defendant is ordered detained pending trial. *See* Order of Detention Pending Trial
- ☐ Court orders federal detainer
- ☑ Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
  Detention Hearing set for: **July 13, 2020 at 3:00 PM**
- ☐ Bond continued as previously set
- ☐ Detention continued as previously set
- ☐ Defendant is released on: ☐ O/R bond ☐ Unsecured bond in the amount of: Amount
  ☐ Bond secured by: ☐ Cash ☐ Property ☐ Cash/Property
  ☐ *See* Conditions of Release, below ☐ *See* Order Setting Conditions of Release

**Conditions of Release:**
- ☐ Report to Pretrial Services as directed
- ☐ Execute appearance bond:
  - ☐ Cash only Amount
  - ☐ Property only: Value Amount  Location: Location of Property
  - ☐ Post property/cash with court ☐ Approval of AUSA required prior to posting
- ☐ Maintain/seek employment
- ☐ Surrender passport to: Passport to be held by
- ☐ Obtain no passport
- ☐ Travel restricted to: ☐ EDWI ☐ Other
- ☐ No direct or indirect contact with Description:
- ☐ Undergo medical/psychiatric treatment: Description
- ☐ No firearms/weapons
- ☐ Alcohol: ☐ No excessive use ☐ No alcohol
- ☐ No use or illegal possession of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
- ☐ Testing for drugs/alcohol ☐ Pay cost as directed by Pretrial Services
- ☐ Inpatient/outpatient drug treatment program ☐ Pay cost as directed by Pretrial Services
- ☐ Location Restriction:
  - ☐ Curfew: ☐ as directed by USPO; or ☐ from: Curfew begin and end times
  - ☐ Home detention with restriction to residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by USPO
  - ☐ Home incarceration with 24-hour-a-day lockdown at residence except for medical necessities and court appearances or other activities specifically approved by the court
- ☐ Submit to location monitoring as directed ☐ Pay cost as directed by Pretrial Services

- ☐
- ☐
- ☐